No. 10–1400.  QANTAS AIRWAYS LIMITED v. UPS SUPPLY CHAIN SOLUTIONS, INC., FKA MENLO WORLDWIDE FORWARDING,

INC. C. A. 9th Cir. Certiorari denied.